Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-6759

DARON ERLE DRISCOLL, JR.,
JACQUELINE KAY CARNEY, and
DWAYNE BANKS,                                    Plaintiff,
    v.

CITY OF ELMIRA, et al.,
                                                 Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice, and the case is closed.

Date: May 7, 2024                                MARY C. LOEWENGUTH
                                                 CLERK OF COURT

                                                 By: s/Rosemarie M. Eby-Collom
                                                     Deputy Clerk